# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| **AMERICAN EXPRESS NATIONAL BANK** | **CIV. ACTION NO. 3:22-05716** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **ALI MOGHIMI** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## J U D G M E N T

The Report and Recommendation [Doc. No. 6] of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED** that the motion to remand [Doc. No. 4] filed by Plaintiff American Express National Bank is **GRANTED**, and this matter is hereby **REMANDED** to the Fourth Judicial District Court for the Parish of Ouachita, State of Louisiana, whence it was removed. 28 U.S.C. § 1447(c).

Monroe, Louisiana, this 6th day of January 2023.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE